1  DAVID RAIZMAN, State Bar No. 129407
   david.raizman@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
3  Los Angeles, California  90071
   Telephone:    213.239.9800
4  Facsimile:    213.239.9045

5  DANIELLE A. HINTON, State Bar No. 273469
   danielle.hinton@ogletreedeakins.com
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
7  One Market Plaza
   San Francisco, California  94105
8  Telephone:    415.442.4810
   Facsimile:    415.442.4870
9

10 Attorneys for Defendants
   G6 HOSPITALITY LLC and
11 G6 HOSPITALITY PROPERTY LLC

12                      **UNITED STATES DISTRICT COURT**

13                      **EASTERN DISTRICT OF CALIFORNIA**

14

| 15 | SUZANNE JEANNETTE WELTCH, | Case No. 2:15-cv-00333-JAM-CMK |
|---|---|---|
| 16 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS G6 HOSPITALITY LLC AND G6 HOSPITALITY PROPERTY LLC TO RESPOND TO COMPLAINT (L.R. 144)** |
| 17 | v. | |
| 18 | G6 HOSPITALITY LLC dba MOTEL 6; G6 HOSPITALITY PROPERTY LLC, | |
| 19 | Defendant. | |
| 20 | | Complaint Filed:      February 9, 2015<br>Complaint Served:   February 13, 2015<br>Current Response Date: April 3, 2015<br>New Response Date:    May 4, 2015 |
| 21 | | |
| 22 | | Trial Date:           None Set |

Pursuant to Rule 144 of the Local Rules of this Court, plaintiff Suzanne Jeannette Weltch ("Plaintiff") and defendants G6 Hospitality LLC and G6 Hospitality Property LLC (collectively, "Defendants") hereby stipulate and seek a Court order that Defendants will have through and including May 4, 2015, in which to serve and file a response to Plaintiff's complaint in the action. The Parties continue in their good faith efforts to negotiate an early resolution to this matter that will obviate the need for any litigation activity in this action, including Defendants' need to file a response to the complaint.  Previously, the Parties stipulated to a 28-day extension of time for defendants to respond.  [Docket No. 007]  No Court dates are affected by this extension of time.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: _March 24, 2015    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ David Raizman
    DAVID RAIZMAN
    DANIELLE A. HINTON

Attorneys for Defendants
G6 HOSPITALITY LLC and G6 HOSPITALITY PROPERTY LLC

DATED:    March 24, 2015    REINER & SLAUGHTER, LLP

By: /s/ Todd E. Slaughter (as authorized on March 24, 2015)

Attorneys for Plaintiff
SUZANNE JEANNETTE WELTCH

1
2  DATED:  March 24, 2015	DISABLED ADVOCACY GROUP, APLC
3
4	By:  /s/ Scottlynn J. Hubbard IV (as authorized on March 24, 2015)
5
6	Attorneys for Plaintiff
	SUZANNE JEANNETTE WELTCH
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING, the Court hereby adopts the Parties' Stipulation. Defendants shall have until May 4, 2015 to file a response to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATED:  3/26/2015         /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE