THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suzanne Weltch,<br><br>    Plaintiff,<br><br>    v.<br><br>G6 Hospitality, LLC, et al.,<br><br>    Defendants. | Case No.: 2:15-cv-00333-JAM-CMK<br><br>ORDER |

   Upon consideration of the Joint Stipulation to Continue Discovery Cutoff Date submitted by plaintiff Suzanne Weltch and defendants G6 Hospitality, LLC and G6 Hospitality Property, LLC, and finding good cause appearing,

   IT IS HEREBY ORDERED that the discovery cutoff date in this matter be continued for thirty (30) days from September 12, 2016, to October 12, 2016.

DATED: 8/30/2016

                          /s/ John A. Mendez_____
                          U. S. District Court Judge

[Proposed] Order