Scottlynn J Hubbard, SBN 212970
Stephanie L. Ross, SBN 297840
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@HubsLaw.com

Todd E. Slaughter, SBN 87753
**Reiner, Slaughter & McCartney, LLP**
2851 Park Marina Drive, Ste. 200
Redding, CA 96001
Telephone: (530) 241-1905
Email: tslaughter@reinerslaughter.com

Attorneys for Plaintiff

John Michael Fedor, SBN 149587
Michele M. Angeles, SBN 228004
**Farmer Case & Fedor**
402 West Broadway, Ste. 1100
San Diego, CA 92101
Telephone: (619) 338-0300
Facsimile: (619) 338-0180
Email: jfedor@farmercase.com
       mangeles@farmercase.com

Attorneys for Defendants

United States District Court
Eastern District of California

| | |
|---|---|
| Suzanne Jeannette Weltch, | No. 2:15-cv-00333-JAM-CMK |
|     Plaintiff, | |
| v. | **Joint Stipulation for Dismissal and Order Thereon** |
| G6 Hospitality, LLC dba Motel 6; *et al.*, | |
|     Defendants. | |

*Weltch v. G6 Hospitality, LLC dba Motel 6, et al.,*     Case No 2:14-cv-00333-JAM-CMK
Joint Stipulation for Dismissal and Order Theron
Page 1

TO THE COURT AND ALL PARTIES:

Plaintiff Suzanne Jeannette Weltch and defendants G6 Hospitality, LLC dba Motel 6; and G6 Hospitality Property, LLC, stipulate and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 29, 2017　　　　　　　Disabled Advocacy Group, APLC

　　　　　　　　　　　　　　　　　*/s/ Scottlynn J Hubbard*
　　　　　　　　　　　　　　　　　Scottlynn J Hubbard
　　　　　　　　　　　　　　　　　Attorney for Plaintiff Suzanne Jeannette Weltch

Dated: June 29, 2017　　　　　　　Farmer Case & Fedor

　　　　　　　　　　　　　　　　　*/s/ John M. Fedor*
　　　　　　　　　　　　　　　　　John M. Fedor
　　　　　　　　　　　　　　　　　Michele M. Angeles
　　　　　　　　　　　　　　　　　Attorneys for Defendants G6 Hospitality, LLC
　　　　　　　　　　　　　　　　　and G6 Hospitality Property LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff regarding USDC Case No. 2:15-cv-00333-JAM-CMK, is hereby dismissed with prejudice in its entirety.

Dated: 6/29/2017

　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　United States District Court Judge

*Weltch v. G6 Hospitality, LLC dba Motel 6, et al.,*　　　　　　　Case No 2:14-cv-00333-JAM-CMK
Joint Stipulation for Dismissal and Order Theron
Page 2